IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-04801 |
| DIKA-HOMEWOOD, LLC, | ) | Chapter 11 |
| an Illinois Limited Liability Company, | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 8th day of November, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Hollis, Bankruptcy Judge, in the room usually occupied by her as courtroom 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of Debtor For Final Decree** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Thomas W. Goedert
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion of Debtor For Final Decree to be served on all the parties listed on the attached service list via First Class U.S. Mail (where indicated), on the 27th day of October, 2016.

/s/Thomas W. Goedert

**SERVICE LIST**

Kathryn Marie Gleason
United States Trustee
Dirksen Federal Building
219 South Dearborn Street Suite 873
Chicago, IL 60604

Thomas C. Wolford
Neal Gerger Eisenberg
Two N. LaSalle St.
Chicago, IL 60602

Michael F. Baccash
Sarnoff & Baccash
1 N. LaSalle St., Suite 1920
Chicago, IL 60602-3929

Mark Tyer
CW Capital
7501 Wisconsin Ave., Ste. 500W
Bethesda MD 20814

Brent Procida
Venable LLP
750 E. Pratt Street, Ste. 900
Baltimore, MD 21202

Broesch Mechanical Services
310 St. Paul Blvd.
Carol Stream, IL 60188

Creative Hairdressers, Inc.
1577 Spring Hill Rd., Suite 500
Vienna, VA 22182

Dickler, Kahn, Slowikowski & Zavell
85 W. Algonquin Rd.
Arlington Heights, IL 60005-4424

Edgemark Asset Management
2215 York Rd., Suite 503
Oak Brook, IL 60523

Line A Lot Inc.
P.O. Box 399
Wauconda, IL 60084

Nong Thi Truong (Pro Nails)
7524 Preswick Drive
Tinley Park, IL 60477

Professional Cleaning Co., Inc.
909A Rohlwing Rd.
Rolling Meadows, IL 60008

Weatherguard
345 Renner Drive
Elgin, IL 60123

Wells Fargo
P.O. Box 60253
Charlotte, NC 28260-0253

Arctic Snow & Ice
22763 Center Rd.
Frankfort, IL 60423

Baum Realty Group, LLC
Attn:  Alan Jaffe
1030 W. Chicago Ave., Ste. 200
Chicago, IL 60642

Cook County Tax Assessor
118 N. Clark
Suite 112
Chicago, IL 60602

Dika-Lakeview, LLC c/o
Dickler Hahn Slowikowski & Zavell
85 W. Algonquin Rd., Suite 420
Arlington Heights, IL 60006

Dika-Matteson, LLC
85 W. Algonquin Rd.
Arlington Heights, IL 60005

Dika-Windmill, LLC c/o
Dickler Hahn Slowikowski & Zavell
85 W. Algonquin Rd., Suite 420
Arlington Heights, IL 60006

Edgemark Asset Management
2215 York Rd., Suite 503
Oak Brook, IL 60523

Hair Cuttery#4180,Attn: M.Zeberlein
Creative Hairdressers, Inc.
1577 Spring Hill Rd., Ste.500
Vienna, VA 22182

Janka & Wool Real Estate LLC
1161 Lake Cook Road
Suite A
Deerfield, IL 60015

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Nong Thi Truong (Pro Nails)
7524 Preswick Drive
Tinley Park, IL 60477

OfficeMax Incorporated #1199
VP of R.E. and copy to Genl.Cnsl
263 Shuman Blvd.
Naperville, IL 60563

Pro Nails Salon
Nong Thi Truong
7524 Preswick Dr.
Tinley Park, IL 60477

RadioShack Corporation #01-6544
Dir of Lease Operations
300 RadioShack Circle
Fort Worth, TX 76102-1964

Sally Beauty Co., Inc., Legal Dept.
dba Sally Beauty Supply
3001 Colorado Blvd.
Denton, TX 76210-6802

SprintCom, Inc., Lse Adm.CID#505764
6391 Sprint Pkway,
Mailstop KSOPHT0101-Z2000
Overland Park, KS 66251

Zoepaz, Incorporated
444 E. Roosevelt Rd.
Suite 268
Lombard, IL 60148

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Sand Capital VI LLC
c/o Neal Gerber & Eisenberg LLLP
2 N. LaSalle St., Ste. 1700
Chicago, I L60602-4000

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn St., Room 2600
Chicago, IL 60604-1705

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-04801 |
| DIKA-HOMEWOOD, LLC, | ) | Chapter 11 |
| an Illinois Limited Liability Company, | ) | Judge Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

### MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

DIKA-HOMEWOOD, LLC, an Illinois limited liability company, Debtor herein

("Debtor"), by and through its Attorneys, makes its Motion for Entry of Final Decree, and in

support thereof respectfully states as follows:

### Introduction

1.      On February 13, 2015, the Debtor filed its voluntary petition for relief under

Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      Subsequently, on July 21, 2016, this Court entered an order confirming the

Debtor's First Amended Plan of Reorganization ("Plan").

3.      The Debtor is an Illinois limited liability company that is the owner and operator

of a commercial/retail strip center located at 17715 S. Halsted Street, Homewood, Illinois 60430.

4.      The Debtor has made timely payments to date to all creditors as required by the

Plan, including paying the secured claim in full.  All approved administrative professional fees

due and owing will be paid in full.   Accordingly, the Plan has been substantially consummated

within the meaning of Section 1101(2) of the Bankruptcy Code.

5.      The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the

1

Federal Rules of Bankruptcy Procedure.

WHEREFORE, DIKA-HOMEWOOD, LLC, an Illinois limited liability company, Debtor

prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may

be just and appropriate.

DIKA-HOMEWOOD, LLC an Illinois limited
liability company, Debtor/Debtor-in-Possession

By: /s/Thomas W. Goedert
      One of its Attorneys

**Debtor's Counsel**:
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
Thomas W. Goedert (Atty. No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\TWG\Dika-Homewood\Final Decree.MOT.wpd

2